UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Bilal Chakas
28 Stafford Ave., Apt. 4E
Bristol, CT 06010
Plaintiff,
v.

Uber Technologies, Inc.
1455 Market Street
San Francisco, CA 94103
Service of Process:
CT Corporation System
67 Burnside Ave
East Hartford, CT 06108

Lyft, Inc.
185 Berry Street
San Francisco, CA 94107
Service of Process:
CT Corporation System
67 Burnside Ave
East Hartford, CT 06108

Defendants.

DEC 10 2025 PM 1:17
FILED-USDC-CT-HARTFORD

JURY TRIAL DEMANDED
COMPLAINT

I. INTRODUCTION
1. Plaintiff Bilal Chakas brings this action against Uber Technologies, Inc. and Lyft, Inc. for wrongful deactivation, negligent handling of false accusations, failure to investigate, retaliation, emotional distress, and significant financial harm.
2. Plaintiff was a long-time, high-rated driver. Despite this, Defendants permanently deactivated Plaintiff based on a false, retaliatory rider allegation without investigation, notice, or due process.
3. Plaintiff suffered catastrophic losses including loss of income, bankruptcy, damage to reputation, emotional distress, and difficulty caring for his elderly father with Alzheimer's.
4. Defendants' reckless conduct violated basic standards of fairness, reasonable care, and consumer protection.

II. JURISDICTION AND VENUE
5. This Court has jurisdiction under 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.
6. Venue is proper under 28 U.S.C. § 1391(b) because Plaintiff resides in this District and a substantial portion of the events occurred here.

III. PARTIES
7. Plaintiff Bilal Chakas is an individual residing in Bristol, Connecticut.
8. Defendant Uber Technologies, Inc. is a Delaware corporation headquartered in San Francisco, California, conducting business in Connecticut through its registered agent, CT Corporation System, 67 Burnside Ave, East Hartford, CT 06108.

9. Defendant Lyft, Inc. is a Delaware corporation headquartered in San Francisco, California, conducting business in Connecticut through the same registered agent, CT Corporation System, 67 Burnside Ave, East Hartford, CT 06108.

IV. FACTUAL ALLEGATIONS

10. Plaintiff worked as a driver for both Uber and Lyft and consistently maintained excellent ratings and positive rider feedback.
11. Plaintiff regularly dealt with intoxicated, aggressive, or inappropriate passengers but always maintained safety and professionalism.
12. Plaintiff reported a dangerous or problematic rider in good faith.
13. Shortly afterward, the rider filed a false retaliatory complaint against Plaintiff.
14. Defendants conducted no reasonable investigation. Plaintiff was never contacted, interviewed, or given an opportunity to respond.
15. Defendants violated their own stated policies and deprived Plaintiff of fair process.
16. Plaintiff lost his entire source of income immediately following deactivation.
17. Plaintiff suffered severe financial consequences including inability to pay bills, eventual bankruptcy, and long-term credit damage.
18. Plaintiff is the primary caregiver for his father with Alzheimer's, and the loss of income placed extreme strain on his ability to provide care.
19. Plaintiff experienced emotional distress including anxiety, depression, humiliation, and fear.
20. Defendants acted with reckless disregard for the truth and consequences.

V. CLAIMS FOR RELIEF

Count 1: Negligent Investigation
21. Defendants owed Plaintiff a duty to conduct a fair investigation.
22. Defendants breached this duty by relying on false, unverified allegations.
23. Plaintiff suffered damages as a direct result.

Count 2: Negligent Misrepresentation
24. Defendants maintained harmful false information as true.
25. Plaintiff suffered economic and reputational harm.

Count 3: Retaliation
26. Plaintiff reported a dangerous rider.
27. Defendants retaliated by deactivating Plaintiff.
28. Plaintiff suffered severe damages.

Count 4: Negligent Infliction of Emotional Distress
29. Defendants' conduct created an unreasonable risk of emotional harm.
30. Plaintiff experienced emotional injury as a result.

Count 5: Unfair and Deceptive Business Practices
31. Defendants failed to follow fair procedures and engaged in arbitrary deactivation.
32. Plaintiff suffered significant damages.

VI. DAMAGES
Plaintiff seeks:
- Lost income (past and future)
- Emotional distress damages
- Reputational harm
- Financial losses relating to bankruptcy

- Punitive damages
- Costs and other relief the Court deems proper

VII. JURY DEMAND
Plaintiff demands a trial by jury.

VIII. PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests:
A. Compensatory damages;
B. Emotional distress damages;
C. Punitive damages;
D. Costs of suit;
E. Any other relief deemed appropriate.

Respectfully submitted,
Bilal Chakas
28 Stafford Ave., Apt. 4E
Bristol, CT 06010
(860) 302-0771

JD-CV-40: Small Claims Writ and Notice of Suit

Plaintiff: Bilal Chakas
Address: 28 Stafford Avenue, Apt 4i, Bristol, CT 06010
Phone Number: 860-302-0771

Court: New Britain Small Claims Court, 20 Franklin Sq, New Britain, CT 06051

Defendant: Equifax, Inc.
Defendant's Address: c/o Corporation Service Company (CSC)   225 Asylum Street, 20th Floor, Hartford, CT 06103

Amount Claimed: $5,000

Claim: Failure to remove discharged account from credit report despite four documented disputes including proof from federal court. Ongoing harm after bankruptcy discharge.

☐

JD-CV-120: Application for Waiver of Fees

Applicant Name: Bilal Chakas
Applicant Address: 28 Stafford Avenue, Apt 4i, Bristol, CT 06010
Applicant Phone: 860-302-0771

Request: Waiver of entry fee, service of process fee, and all other court costs due to financial hardship.

Hardship Reasons: Applicant suffers from anxiety, depression, is full-time caregiver for elderly father with Alzheimer's, and is grieving the recent loss of his daughter. Income is extremely limited.